No. 581. Dad's Auto Accessories, Inc. *v.* City of Nashville, George J. Tompkins, J. W. Bauman, and Hiliary E. House, etc. Error to the Supreme Court of the State of Tennessee. October 4, 1926. Dismissed

with costs per stipulation of counsel. *Mr. Norman Farrell* for plaintiff in error. No appearance for defendant in error.